### 14109.  TURNER *v.* WOMACK.

BLOODWORTH, J. 1. The extension to the maker of a promissory note of the time of payment thereof will have the effect of discharging the surety only when the extension is for a definite period, for a valuable consideration, and without the consent of the surety. *Luden* v. *Enterprise Lumber Co.,* 146 *Ga.* 284 (2), 287 (2) (91 S. E. 102, L. R. A. 1917 C, 485), and citations; *Tanner* v. *Gude,* 100 *Ga.* 157 (27 S. E. 938); *Tatum* v. *Morgan,* 108 *Ga.* 336 (33 S. E. 940).

2. " The notice to the creditor by a surety to proceed against the principal debtor, required by the statute, is written notice; an oral request will not suffice." *Timmons* v. *Butler,* 138 *Ga.* 69 (1) (74 S. E. 784).

The foregoing rulings dispose of the assignments of error in the exceptions pendente lite, and the grounds of the motion for a new trial were not argued.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED APRIL 11, 1923.

Complaint; from city court of Statesboro — Judge Proctor. October 9, 1922.

*C. W. Turner,* for plaintiff in error.

*Charles Pigue,* contra.